**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00190-CR**
_____

**ROBERT TIMOTHY DRODDY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 128th District Court**
**Orange County, Texas**
**Trial Cause No. A230193-R**
_____

**MEMORANDUM OPINION**

Although Robert Timothy Droddy Jr. filed a notice of appeal, he failed to arrange to pay for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). On June 14, 2024, the Clerk of the Court notified the parties that unless Droddy arranged to file the clerk's record or explained why he needed additional time to do so, his appeal in Trial Court Cause Number A230193-R would be dismissed for want of prosecution. The Court, however, has not received a response.

Retained counsel represents Droddy in his appeal. Droddy has also not filed an affidavit of indigence, and nothing in the appellate record shows that Droddy is entitled to proceed without paying costs. *See id*. 20.2.

Because Droddy has not explained why he failed to file the record in his appeal, the appeal is dismissed for want of prosecution. *See id*. 37.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 6, 2024
Opinion Delivered August 7, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.